IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| C2 COMMUNICATIONS TECHNOLOGIES, INC., | § § § | |
| Plaintiff, | § § | Case No. 2:06CV-241 TJW-CE |
| vs. | § § § | |
| Qwest Communications Corporation; Global Crossing Telecommunications, Inc., and Level 3 Communications, LLC, | § § § § | |
| Defendants. | | |

**ORDER ON STIPULATION OF DISMISSAL OF CLAIMS BETWEEN
C2 COMMUNICATIONS TECHNOLOGIES, INC., QWEST COMMUNICATIONS
CORPORATION, GLOBAL CROSSING TELECOMMUNICATIONS, INC., AND
LEVEL 3 COMMUNICATIONS, LLC WITH PREJUDICE**

On this day, the Court considered the Stipulation of Dismissal of claims between C2 Communications Technologies, Inc. and Defendants. After considering the Stipulation, the Court hereby dismisses all claims asserted by Plaintiff C2 Communications Technologies, Inc. against Qwest Communications Corporation, Global Crossing Telecommunications, Inc. and Level 3 Communications, LLC WITH PREJUDICE to refilling the same. Upon further consideration, the Court dismisses all claims asserted by Qwest Communications Corporation, Global Crossing Telecommunications, Inc., and Level 3 Communications, LLC against C2 Technologies, Inc. WITH PREJUDICE to refilling same, each party is to bear its own costs.

SIGNED this 2nd day of October, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE